UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DARREN MINARD,

                         Plaintiff,                          20 **CIVIL** 3730 (GBD)(KNF)

        -v-                                                  **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                         Defendant.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated February 24, 2021, that the Commissioner's

decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        February 24, 2021

                                        **RUBY J. KRAJICK**

                                        _____
                                        **Clerk of Court**
                        **BY:**
                                        _____
                                        **Deputy Clerk**